# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY NEWMAN GRAIN CO., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL NATURAL, LLC, a Maryland Limited Liability Company,<br><br>Defendant. | Case No. 1:18-cv-00193-LJO-SKO<br><br>**ORDER DIRECTING PLAINTIFF TO SUPPLEMENT RECORD**<br><br>(Doc. 9) |

Before the Court is Plaintiff's Motion for Default Judgment (the "Motion"). (Doc. 9.) The Court finds that it requires additional information from Plaintiff in order to rule on the Motion.

Plaintiff provided insufficient evidence to support its request for attorney's fees in the amount of $1,200. (*See id.* ¶ 6.) In particular, Plaintiff failed to provide the hourly rate requested for each attorney and professional, and evidence establishing the reasonableness of the requested hourly rates. *See Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983) (requiring the party seeking an award of fees to submit evidence supporting the hours worked and the rates claimed). Plaintiff also failed to provide information detailing the time reasonably expended on the case. *See id*.

//

For these reasons, the Court ORDERS that Plaintiff shall file the following by no later than **Friday, March 21, 2018**:

(1) Evidence, such as declarations and prevailing market rate data to support Plaintiff's requested hourly rates for *each* attorney and paralegal for whom Plaintiff seeks fees in its Motion; and

(2) An itemization of the total hours expended on the case.

IT IS SO ORDERED.

Dated:   **March 13, 2018**                             /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE